Case 1:21-cv-03216-LJL   Document 43   Filed 01/13/22   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
FAIR HOUSING JUSTICE CENTER, INC., :
:
Plaintiff, :
: 21-cv-3216 (LJL)
-v- :
: ORDER
ODYSSEY HOUSE, INC.; ARMS ACRES, INC.; and :
LIBERTY MANAGEMENT GROUP, INC., :
:
Defendants. :
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendant Odyssey House, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 42. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Odyssey House with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendant Odyssey House.

SO ORDERED.

Dated: January 13, 2022             _____
       New York, New York                    LEWIS J. LIMAN
                                         United States District Judge